# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3594

_____

United States of America,           *

                  *

        Appellee,         *

                  *   Appeal from the United States

    v.               *   District Court for the Northern

                  *   District of Iowa.

Rigoberto Camacho-Carranza,   *

also known as Mario Rodrigo-Reyes,  *      [UNPUBLISHED]

                  *

        Appellant.       *

_____

Submitted: July 26, 2007
Filed: July 31, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Rigoberto Camacho-Carranza pleaded guilty to illegally reentering the United States after having been deported following a conviction for a felony, in violation of 8 U.S.C. § 1326(a) and (b)(1). The district court[1] sentenced him to 21 months in prison and 3 years of supervised release.

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

On appeal, Camacho-Carranza's counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).  For reversal, counsel suggests that the district court erred in not crediting Camacho-Carranza for time he had served in state and immigration custody.  This argument fails.  <u>See</u> <u>United States v. Iversen</u>, 90 F.3d 1340, 1344-45 (8th Cir. 1996) (district court does not have authority to credit defendant for time served; such claim should be presented in first instance to Bureau of Prisons).  We have also reviewed the record independently for any nonfrivolous issues, <u>see</u> <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), and we have found none.

Accordingly, we affirm.  We also grant counsel's motion to withdraw.

_____